**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Alessandra MiaFrancesca 2016 LLC | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA Teresa's Italian Cuisine <br> DBA Alex & Teresa's |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2742931 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 941 N. Harrison Ave. <br> Cary, NC 27513 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Wake <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.teresasitaliancuisine.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Alessandra MiaFrancesca 2016 LLC                                          Case number (*if known*) _____
            Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   7225

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

Debtor  Alessandra MiaFrancesca 2016 LLC                                    Case number (*if known*) _____
         Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Alessandra MiaFrancesca 2016 LLC _____    Case number (*if known*) _____
            Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 30, 2023
                 MM / DD / YYYY

**X** /s/  Teresa Russo _____          Teresa Russo _____
Signature of authorized representative of debtor          Printed name

Title    Member- Manager _____

**18. Signature of attorney**

**X** /s/ Stephanie L. Osborne _____          Date    March 30, 2023
Signature of attorney for debtor                                        MM / DD / YYYY

Stephanie L. Osborne 29374 _____
Printed name

Northen Blue LLP _____
Firm name

1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834 _____
Number, Street, City, State & ZIP Code

Contact phone    (919) 968-4441 _____    Email address    slo@nbfirm.com _____

29374 NC _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Alessandra MiaFrancesca 2016 LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 30, 2023    **X** /s/ Teresa Russo
                                               Signature of individual signing on behalf of debtor

                                             Teresa Russo
                                             Printed name

                                             Member- Manager
                                             Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Alessandra MiaFrancesca 2016 LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $    44,575.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $    44,575.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    318,980.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $    6,756.75

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    31,911.06

4. **Total liabilities** ..................................................................................................................................
   Lines 2 + 3a + 3b      $    357,647.81

| Fill in this information to identify the case: |
|---|

Debtor name ___Alessandra MiaFrancesca 2016 LLC___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF NORTH CAROLINA___

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Alessandra MiaFrancesca 2016 LLC | Case number *(If known)* | |
|--------|----------------------------------|--------------------------|--|
| | Name | | |

**22.** **Other inventory or supplies**
Pizza boxes, menu
holders, food containers | | Unknown | Liquidation | $800.00

Wine and alcohol | | Unknown | Liquidation | $1,000.00

**23.** **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84. | $1,800.00

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

**39.** **Office furniture**

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**
Printers, safe, phones, | | Unknown | Liquidation | $1,325.00

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86. | $1,325.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    Alessandra MiaFrancesca 2016 LLC                    Case number *(If known)* _____
           Name

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. Leased 2021 VW Golf | Unknown | | $18,450.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Restaurant kitchen equipment including- wine<br>rack, wine cooler, cutlery, serving utensils, plates<br>and servingware, cups, glassware, pizza stnds,<br>bread baskets, pots, work table, slicer, scale,<br>microwave, mixer, kitchen hood, ice machine,<br>prep sink, dough pan, dish rackets, oven, deep<br>fryer, steamer, sandwich station, bar sink, and<br>assorted other equipment. | Unknown | | $23,000.00 |

**51.    Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| $41,450.00 |
|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor   Alessandra MiaFrancesca 2016 LLC                              Case number *(If known)* _____
       Name

Debtor    Alessandra MiaFrancesca 2016 LLC          Case number *(if known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,325.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $41,450.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $44,575.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $44,575.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Alessandra MiaFrancesca 2016 LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  US Smaill Business Administration**
Creditor's Name

**Describe debtor's property that is subject to a lien**
Restaurant kitchen equipment including- wine rack, wine cooler, cutlery, serving utensils, plates and servingware, cups, glassware, pizza stnds, bread baskets, pots, work table, slicer, scale, microwave, mixer, kitchen hood, ice machine, prep sink, dough pan, dish rackets, oven, deep fryer, steamer, sandwich station, bar sink, and assorted other equipment. ; Printers, safe, phones, ; Pizza boxes, menu holders, food containers; Wine and alcohol

| | $300,000.00 | $26,125.00 |
|---|---|---|

Attn: Bankruptcy/Office of General Counsel
409 3rd St. SW
Washington, DC 20416
Creditor's mailing address

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
2020
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. US Smaill Business Administration

**2.2  VW Credit, Inc.**
Creditor's Name

**Describe debtor's property that is subject to a lien**
Leased 2021 VW Golf

| | $18,980.00 | $18,450.00 |
|---|---|---|

Attn: Managing Agent/Officer
Raleigh, NC 27608
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

Creditor's email address, if known

**Date debt was incurred**

Debtor  Alessandra MiaFrancesca 2016 LLC                    Case number (if known) _____
        Name

                                    ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $318,980.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Honorable Sandra Hairston<br>US Attorney - Middle District of North Carolina<br>101 South Edgeworth St., 4th Floor<br>Greensboro, NC 27401 | Line  2.1 | |
| US Small Business Administraton<br>North Carolina District Office<br>Attn: Bankruptcy Department<br>6302 Fairview Rd., Ste. 300<br>Charlotte, NC 28210 | Line  2.1 | |

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 2 of 2

**Fill in this information to identify the case:**

Debtor name __Alessandra MiaFrancesca 2016 LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Employment Security Commission
PO Box 25903
Attn: Bankruptcy Department
Raleigh, NC 27611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00    Priority amount $0.00

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
Attn: Bankruptcy Processing
4905 Koger Blvd.
Greensboro, NC 27407

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $111.30    Priority amount $111.30

Date or dates debt was incurred

Basis for the claim:
Payroll Taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
NC Department of Revenue
Attn: Bankruptcy Department
PO Box 1168
Raleigh, NC 27640

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $189.22    Priority amount $189.22

Date or dates debt was incurred

Basis for the claim:
Payroll Taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Alessandra MiaFrancesca 2016 LLC

Name    Case number (if known) _____

| | | | |
|---|---|---|---|
| **2.4** | Priority creditor's name and mailing address<br>NC Department of Revenue<br>Attn: Bankruptcy Department<br>PO Box 1168<br><br>Raleigh, NC 27640 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,198.65    $5,198.65 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales Tax | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.5** | Priority creditor's name and mailing address<br>Wake County Tax Administrator<br>Attn: Bankruptcy Department<br>PO Box 2331<br>Raleigh, NC 27602 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,257.58    $1,257.58 |
| | Date or dates debt was incurred | Basis for the claim:<br>Ad Valorem Tax | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | | |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>AT&T<br>Attn: Managing Agent/Officer or Bankruptcy<br>Department<br>160 Mine Lake Ct., Ste. 200<br>Raleigh, NC 27615 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>Berkley Southeast Insurance Group<br>Attn: Managing Agent/Officer<br>Glen Allen, VA 23060 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,376.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address<br>Charter Communications (NC), LLC<br>Attn: Managing Agent/Officer or Bankruptcy<br>Department<br>12405 Powerscourt Dr.<br>Saint Louis, MO 63131-3673 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $454.47 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor   Alessandra MiaFrancesca 2016 LLC
Name

Case number (if known)

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

Corporate Services Consultants, LLC
Attn: Managing Agent/Officer
Dandridge, TN 37725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.66 |
|---|---|---|---|

Cozzini Bros Inc.
C/o CT Corporation System
160 Mine Lake Ct. , Ste. 200
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,799.91 |
|---|---|---|---|

Dominion Energy, Inc.
Attn: Managing Agent/Officer or Bankruptcy
Dept.
120 Tredegar St.
Richmond, VA 23219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utilities_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Duke Energy Carolinas, LLC
Attn: Managing Agent/Officer or Bankruptcy
Dept.
c/o CT Corporation
160 Mine Lake Ct., Ste. 200
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utilities_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,012.27 |
|---|---|---|---|

International Gourmet Foods, Inc.
C/o CT Corporation System
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.00 |
|---|---|---|---|

Jordan's Heating & Cooling Service
Attn: Managing Agent/Officer
114 Hillside Dr.
Louisburg, NC 27549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.12 |
|---|---|---|---|

National General Insurance Marketing,Inc
C/o Corporation Service Company
2626 Glenwood Ave., Ste. 550
Raleigh, NC 27608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor   Alessandra MiaFrancesca 2016 LLC                                    Case number (if known) _____

Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**3.11** | **Nonpriority creditor's name and mailing address**
NC Dept. of Health & Human Services
C/o Bankruptcy Department/ General Counsel
2001 Mail Service Center
Raleigh, NC 27699-2000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$145.00

---

**3.12** | **Nonpriority creditor's name and mailing address**
Reinhart Foodservice, LLC
C/o National Registered Agents, Inc.
12500 West Creek Pkwy
Henrico, VA 23238

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

$1,772.08

---

**3.13** | **Nonpriority creditor's name and mailing address**
Rewards Network Establishment Svcs, Inc.
Attn: Managing Agent/Officer
540 W. Madison St., Ste. 2400
Chicago, IL 60661

**Date(s) debt was incurred** January 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.14** | **Nonpriority creditor's name and mailing address**
Simplisafe, Inc.
Attn: Managing Agent/Officer
100 Summer St., Ste. 300
Boston, MA 02110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

$27.99

---

**3.15** | **Nonpriority creditor's name and mailing address**
Town of Cary Utilities
Attn: Bankruptcy Dept.
316 N. Academy St.
Cary, NC 27513

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

$17.64

---

**3.16** | **Nonpriority creditor's name and mailing address**
Vigilant Fire Protection, Inc.
Attn: Mananging Agent/Officer
244 Winfred Dr.
Raleigh, NC 27603

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No  ☐ Yes

$392.22

---

**3.17** | **Nonpriority creditor's name and mailing address**
WRI/ Raleigh L.P.
C/o: CT Corporation System
160 Mine Lake Ct., Ste. 200
Raleigh, NC 27615

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commercial Rent

Is the claim subject to offset? ☒ No  ☐ Yes

$22,810.70

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

Debtor  Alessandra MiaFrancesca 2016 LLC          Case number (if known) _____
_____
        Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>Attn: Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101 | Line  2.2<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | John T. Benjamin<br>The Law Office of John T. Benjamin, Jr., P.A.<br>1115 Hillsborough St.<br>Raleigh, NC 27603 | Line  3.17<br><br>☐  Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    6,756.75 |
| **5b. Total claims from Part 2** | 5b.  + | $                  31,911.06 |
| **5c. Total of Parts 1 and 2**<br>        Lines 5a + 5b = 5c. | 5c. | $                  38,667.81 |

**Fill in this information to identify the case:**

Debtor name ___Alessandra MiaFrancesca 2016 LLC___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF NORTH CAROLINA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease of restaurant space on N. Harrison Ave., Cary, NC | |
| | State the term remaining | 2/29/2024 | WRI/ Raleigh L.P. C/o: CT Corporation System 160 Mine Lake Ct., Ste. 200 Raleigh, NC 27615 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Leased VW Golf | |
| | State the term remaining | | VW Credit, Inc. Attn: Managing Agent/Officer Raleigh, NC 27608 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Alessandra MiaFrancesca 2016 LLC_

United States Bankruptcy Court for the: _MIDDLE DISTRICT OF NORTH CAROLINA_

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.3 | R & R Northwoods, Inc. | c/o Raymond Wolfson 317 Nantucket Dr. Cary, NC 27513 | WRI/ Raleigh L.P. | ☐ D _____ ☒ E/F __3.17__ ☐ G _____ |
| 2.4 | Randy Smith | 605 Wildwood Farm Holly Springs, NC 27540 | WRI/ Raleigh L.P. | ☐ D _____ ☒ E/F __3.17__ ☐ G _____ |
| 2.5 | Raymond Wolfson | 317 Nantucket Dr. Cary, NC 27513 | WRI/ Raleigh L.P. | ☐ D _____ ☒ E/F __3.17__ ☐ G _____ |
| 2.6 | Teresa Russo | 1911 Glengate Cir. Morrisville, NC 27560 | VW Credit, Inc. | ☒ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.7 | Teresa Russo | 1911 Glengate Cir. Morrisville, NC 27560 | WRI/ Raleigh L.P. | ☐ D _____ ☒ E/F __3.17__ ☐ G _____ |
| 2.8 | Teresa Russo | 1911 Glengate Cir. Morrisville, NC 27560 | Rewards Network Establishment Svcs, Inc. | ☐ D _____ ☒ E/F __3.13__ ☐ G _____ |

Debtor  Alessandra MiaFrancesca 2016 LLC                          Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.9 | R & R Northwoods, Inc. | c/o Raymond Wolfson<br>317 Nantucket Dr.<br>Cary, NC 27513 | WRI/ Raleigh L.P. | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |
| 2.10 | Randy Smith | 605 Wildwood Farm<br>Holly Springs, NC 27540 | WRI/ Raleigh L.P. | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |
| 2.11 | Raymond Wolfson | 317 Nantucket Dr.<br>Cary, NC 27513 | WRI/ Raleigh L.P. | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |
| 2.12 | Teresa Russo | 1911 Glengate Cir.<br><br>Morrisville, NC 27560 | WRI/ Raleigh L.P. | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |

---

**Fill in this information to identify the case:**

Debtor name    Alessandra MiaFrancesca 2016 LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other _____ | $514,838.00 |
| For the fiscal year:<br>From 01/01/2020 to 12/31/2020 | ☒ Operating a business<br>☐ Other _____ | $466,669.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ERTC Income | $58,121.25 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | Interest | $1,142.36 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | NC Business Recovery Grant | $14,492.48 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    Alessandra MiaFrancesca 2016 LLC _____    Case number *(if known)* _____

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Teresa Russo<br>1911 Glengate Cir.<br><br>Morrisville, NC 27560<br>Principal | 2022 | $82,335.32 | W-2 wages |
| 4.2. Teresa Russo<br>1911 Glengate Cir.<br><br>Morrisville, NC 27560<br>Principal | 2022 | $33,066.40 | Gross Shareholder Distributions |
| 4.3. Teresa Russo<br>1911 Glengate Cir.<br><br>Morrisville, NC 27560<br>Principal | 2022 | $3,540.23 | Reimbursement of Business Expenses |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   Alessandra MiaFrancesca 2016 LLC                          Case number *(if known)*

☒ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Northen Blue, LLP<br>PO Box 2208<br>Chapel Hill, NC 27515 | | 2/2/2023 | $2,500.00 |
| | **Email or website address**<br>www.northenblue.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

Debtor    Alessandra MiaFrancesca 2016 LLC _____    Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Alessandra MiaFrancesca 2016 LLC _____    Case number *(if known)* _____

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    Alessandra MiaFrancesca 2016 LLC                          Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Nadia LoVerde,CPA PLLC Attn: Nadia LoVerde 3620 Heritage Creek Dr. Apex, NC 27539 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Nadia LoVerde,CPA PLLC Attn: Nadia LoVerde 3620 Heritage Creek Dr. Apex, NC 27539 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Teresa Russo | 1911 Glengate Cir. Morrisville, NC 27560 | Member/Manager | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor    Alessandra MiaFrancesca 2016 LLC                              Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Teresa Russo<br>1911 Glengate Cir.<br><br>Morrisville, NC 27560 | $82,335.32 | 2022 | Salary |
| | **Relationship to debtor**<br>Principal | | | |
| 30.2. | Teresa Russo<br>1911 Glengate Cir.<br><br>Morrisville, NC 27560 | $33,066.40 | 2022 | Gross Shareholder Distributions |
| | **Relationship to debtor**<br>Principal | | | |
| 30.3. | Teresa Russo<br>1911 Glengate Cir.<br><br>Morrisville, NC 27560 | $3540.23 | 2022 | Reimbursement of Expenses |
| | **Relationship to debtor**<br>Principal | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      March 30, 2023

/s/   Teresa Russo                                        Teresa Russo
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor      Member- Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re   Alessandra MiaFrancesca 2016 LLC

Debtor(s)

Case No. _____

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................. | $ | 2,500.00 |
| Prior to the filing of this statement I have received ........................................ | $ | 2,500.00 |
| Balance Due ......................................................................................... | $ | 0.00 |

2.  The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    Analysis of financial situation, and rendering of advice and assistance to client in determining if a petition should be filed under Title 11 of the US Code. Preparation and filing of the petition, schedules and statement of affairs and other documents required by the court, including any amendments to the schedules. Represenation at the meeting of creditors. Representation of debtor in providing Trustee or Bankrutpcy Administrator with compliance documents or other information and documents.  Unless otherwise stated fee paid by client includes filing fees.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Adversary Proceedings.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| March 30, 2023 | /s/ Stephanie L. Osborne |
| *Date* | Stephanie L. Osborne 29374 |
| | *Signature of Attorney* |
| | Northen Blue LLP |
| | 1414 Raleigh Rd |
| | Ste 435 |
| | Chapel Hill, NC 27517-8834 |
| | (919) 968-4441   Fax: |
| | slo@nbfirm.com |
| | *Name of law firm* |

---

## United States Bankruptcy Court
### Middle District of North Carolina

In re    Alessandra MiaFrancesca 2016 LLC

Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

I, the Member- Manager  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 30, 2023

/s/  Teresa Russo

Teresa Russo /Member- Manager
Signer/Title

```
AT&T
Attn: Managing Agent/Officer or Bankrupt
160 Mine Lake Ct., Ste. 200
Raleigh, NC 27615


Berkley Southeast Insurance Group
Attn: Managing Agent/Officer
Glen Allen, VA 23060


Charter Communications (NC), LLC
Attn: Managing Agent/Officer or Bankrupt
12405 Powerscourt Dr.
Saint Louis, MO 63131-3673


Corporate Services Consultants, LLC
Attn: Managing Agent/Officer
Dandridge, TN 37725


Cozzini Bros Inc.
C/o CT Corporation System
160 Mine Lake Ct. , Ste. 200
Raleigh, NC 27615


Dominion Energy, Inc.
Attn: Managing Agent/Officer or Bankrupt
120 Tredegar St.
Richmond, VA 23219


Duke Energy Carolinas, LLC
Attn: Managing Agent/Officer or Bankrupt
c/o CT Corporation  160 Mine Lake Ct., S
Raleigh, NC 27615


Employment Security Commission
Attn: Bankruptcy Department
PO Box 25903
Raleigh, NC 27611


Honorable Sandra Hairston
US Attorney - Middle District of North C
101 South Edgeworth St., 4th Floor
Greensboro, NC 27401


Internal Revenue Service
Attn: Bankruptcy Processing
4905 Koger Blvd.
Greensboro, NC 27407


Internal Revenue Service
Attn: Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101


International Gourmet Foods, Inc.
C/o CT Corporation System
Raleigh, NC 27615
```

John T. Benjamin
The Law Office of John T. Benjamin, Jr.,
1115 Hillsborough St.
Raleigh, NC 27603


Jordan's Heating & Cooling Service
Attn: Managing Agent/Officer
114 Hillside Dr.
Louisburg, NC 27549


National General Insurance Marketing,Inc
C/o Corporation Service Company
2626 Glenwood Ave., Ste. 550
Raleigh, NC 27608


NC Department of Revenue
Attn: Bankruptcy Department
PO Box 1168
Raleigh, NC 27640


NC Department of Revenue
Attn: Bankruptcy Department
PO Box 1168
Raleigh, NC 27640


NC Dept. of Health & Human Services
C/o Bankruptcy Department/ General Couns
2001 Mail Service Center
Raleigh, NC 27699-2000


R & R Northwoods, Inc.
c/o Raymond Wolfson 317 Nantucket Dr.
Cary, NC 27513


Randy Smith
605 Wildwood Farm
Holly Springs, NC 27540


Raymond Wolfson
317 Nantucket Dr.
Cary, NC 27513


Reinhart Foodservice, LLC
C/o National Registered Agents, Inc.
12500 West Creek Pkwy
Henrico, VA 23238


Rewards Network Establishment Svcs, Inc.
Attn: Managing Agent/Officer
540 W. Madison St., Ste. 2400
Chicago, IL 60661


Simplisafe, Inc.
Attn: Managing Agent/Officer
100 Summer St., Ste. 300
Boston, MA 02110

Teresa Russo
1911 Glengate Cir.
Morrisville, NC 27560


Teresa Russo
1911 Glengate Cir.
Morrisville, NC 27560


Town of Cary Utilities
Attn: Bankruptcy Dept.
316 N. Academy St.
Cary, NC 27513


US Smaill Business Administration
Attn: Bankruptcy/Office of General Couns
409 3rd St. SW
Washington, DC 20416


US Small Business Administraton
Attn: Bankruptcy Department
North Carolina District Office 6302 Fair
Charlotte, NC 28210


Vigilant Fire Protection, Inc.
Attn: Mananging Agent/Officer
244 Winfred Dr.
Raleigh, NC 27603


VW Credit, Inc.
Attn: Managing Agent/Officer
Raleigh, NC 27608


Wake County Tax Administrator
Attn: Bankruptcy Department
PO Box 2331
Raleigh, NC 27602


WRI/ Raleigh L.P.
C/o: CT Corporation System
160 Mine Lake Ct., Ste. 200
Raleigh, NC 27615


WRI/ Raleigh L.P.
C/o: CT Corporation System
160 Mine Lake Ct., Ste. 200
Raleigh, NC 27615

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Alessandra MiaFrancesca 2016 LLC

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Alessandra MiaFrancesca 2016 LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 30, 2023

Date

/s/ Stephanie L. Osborne

Stephanie L. Osborne 29374

Signature of Attorney or Litigant

Counsel for    Alessandra MiaFrancesca 2016 LLC

Northen Blue LLP

1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
(919) 968-4441  Fax:
slo@nbfirm.com