**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 23-80060 | | | Trustee Name: | James B. Angell - Middle Distr |
|---|---|---|---|---|---|
| Case Name: | ALESSANDRA MIAFRANCESCA 2016 LLC | | | Date Filed (f) or Converted (c): | 03/30/2023 (f) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | 05/05/2023 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

**Ref. #**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Pizza boxes, menu holders, food containers Unknown Liquidation | $800.00 | $800.00 | | $0.00 | $800.00 | $0.00 | $0.00 |
| 2 | Wine and alcohol Unknown Liquidation | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 | $0.00 | $0.00 |
| 3 | Printers, safe, phones, Unknown Liquidation | $1,325.00 | $1,325.00 | | $0.00 | $1,325.00 | $0.00 | $0.00 |
| 4 | Leased 2021 VW Golf Unknown | $18,450.00 | $0.00 | | $0.00 | $18,450.00 | $18,980.00 | $0.00 |
| 5 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Restaurant kitchen equipment including- wine rack, wine cooler, cutlery, serving utensils, plates and servingware, cups, glassware, pizza stnds, bread baskets, pots, work table, slicer, scale, microwave, mixer, kitchen hood, ice machine, prep sink, dough pan, dish rackets, oven, deep fryer, steamer, sandwich station, bar sink, and assorted other equipment. Unknown | $23,000.00 | $0.00 | | $11,286.79 | $11,713.21 | $300,000.00 | $0.00 |
| 6 | DUKE ENERGY PROGRESS REFUNDS (u) | $0.00 | $704.95 | | $704.95 | $0.00 | $0.00 | $0.00 |
| 7 | BANK ACCOUNT PROCEEDS - ACCOUNT NO. 2264 (u) | $0.00 | $205.00 | | $205.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS (Excluding unknown value)** | **$44,575.00** | **$4,034.95** | | **$12,196.74** | **$33,288.21** | **$318,980.00** | **$0.00** |

**Major Activities affecting case closing:**

03/31/2024   THE TRUSTEE IS PREPARING TAX RETURNS AND REVIEWING CLAIMS.

FOURTH INTERIM REPORT.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No.: | 23-80060 | | Trustee Name: | James B. Angell - Middle Distr |
| Case Name: | ALESSANDRA MIAFRANCESCA 2016 LLC | | Date Filed (f) or Converted (c): | 03/30/2023 (f) |
| For the Period Ending: | 03/31/2024 | | §341(a) Meeting Date: | 05/05/2023 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2024 |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2024 |

/s/ JAMES B. ANGELL

JAMES B. ANGELL

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 23-80060 | Trustee Name: | James B. Angell - Middle District |
|---|---|---|---|
| Case Name: | ALESSANDRA MIAFRANCESCA 2016 LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***2931 | Checking Acct #: | ******0016 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 01/01/2024 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/18/2023 | (6) | DUKE ENERGY PROGRESS | | 1290-000 | $704.95 | | $704.95 |
| 11/13/2023 | (5) | IRON HORSE AUCTION CO., INC. | | 1129-000 | $11,286.79 | | $11,991.74 |
| 02/19/2024 | (7) | WELLS FARGO BANK | | 1229-000 | $205.00 | | $12,196.74 |
| 03/06/2024 | 5001 | NCDOR | Payment pursuant to filing fee for tax extension | 5800-000 | | $25.00 | $12,171.74 |
| 03/13/2024 | 5002 | Iron Horse Auction Company, Inc. | Payment of Auctioneer expenses approved at Doc. No. 53 | 3992-000 | | $5,713.69 | $6,458.05 |
| | | **TOTALS:** | | | $12,196.74 | $5,738.69 | $6,458.05 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $12,196.74 | $5,738.69 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $12,196.74 | $5,738.69 | |

| For the period of 01/01/2024 to 03/31/2024 | | For the entire history of the account between 05/18/2023 to 3/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $205.00 | Total Compensable Receipts: | $12,196.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $205.00 | Total Comp/Non Comp Receipts: | $12,196.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,738.69 | Total Compensable Disbursements: | $5,738.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,738.69 | Total Comp/Non Comp Disbursements | $5,738.69 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 23-80060 | |
| Case Name: | ALESSANDRA MIAFRANCESCA 2016 LLC | |
| Primary Taxpayer ID #: | **-***2931 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 01/01/2024 | |
| For Period Ending: | 03/31/2024 | |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle District |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0016 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $12,196.74 | $5,738.69 | $6,458.05 |

**For the period of 01/01/2024 to 03/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $205.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $205.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,738.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,738.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/18/2023 to 3/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $12,196.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,196.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,738.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,738.69 |
| Total Internal/Transfer Disbursements: | $0.00 |